**AFFIRMED; Opinion Filed May 27, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00554-CR
No. 05-14-00555-CR

**JARMAL DEON SPEED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-62359-T, F14-45065-T**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

Jarmal Deon Speed pleaded guilty to a jury for two aggravated robbery with a deadly weapon offenses. The jury found appellant guilty and assessed punishment at thirty years' imprisonment in each case. *See* TEX. PENAL CODE ANN. § 29.03(a)(2) (West 2011). On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of

his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140554F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JARMAL DEON SPEED, Appellant

No. 05-14-00554-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F13-62359-T).
Opinion delivered by Justice Lang, Justices Bridges and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered the 27th of May, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JARMAL DEON SPEED, Appellant

No. 05-14-00555-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F14-45065-T).
Opinion delivered by Justice Lang, Justices Bridges and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered the 27th of May, 2015.